# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133197

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUDY A. LONG, Personal Representative
of the Estate of James E. Long, Deceased,
Plaintiff-Appellee,

v

SC: 133197
COA: 261052
Wayne CC: 03-330994-NH

DR. FOLAYAN GOODSON, HENRY
FORD MEDICAL CENTER, HENRY
FORD HEALTH SYSTEM, BOTSFORD
GENERAL HOSPITAL, DANIEL L.
RICHARDSON, D.O., DR. PENNINGTON,
ROBERT BRECKENFELD, D.O.,
ANDREW HANS RIKKERS, DR.
MAUREEN NELSON, EARL T.
HECKER, D.O., and DR. SANFORD
SKLAR,
Defendants,

and

DR. JENNINGS,
Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk